**WASHBURN INTERNATIONAL, INC., Plaintiff–Respondent,**

v.

**CAPITAL MUSIC SUPPLY INC., et al., Defendants–Appellants.**

**No. 74187.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

July 27, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 14, 1999.

Application for Transfer Denied Oct. 26, 1999.

Albert C. Lowes, David J. Roth, II, Cape Girardeau, for appellants.

Benjamin Frederick Lewis, Cape Girardeau, for, respondent.

Before: RHODES RUSSELL, P.J., LAWRENCE G. CRAHAN and LAWRENCE E. MOONEY, JJ.

ORDER

PER CURIAM.

Defendants Capital Music Supply and Jerry Lipps appeal from a judgment entered on a jury verdict for Washburn International, Inc. ("plaintiff") in a case where plaintiff sought to enforce a guaranty. The evidence in support of the jury verdict is sufficient. No error of law appears.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm the judgment pursuant to Rule 84.16(b)(3).